| | |
|---|---|
| 1 | BRUCE C. YOUNG, Bar No. 161842 |
| | LITTLER MENDELSON |
| 2 | 3960 Howard Hughes Pkwy, Suite 300 |
| | Las Vegas, NV 89109 |
| 3 | Telephone: 702.862.8800 |
| | Facsimile: 702.862.8811 |
| 4 | |
| | Attorneys for Defendant |
| 5 | AMERICAN HOME SHIELD CORPORATION |
| 6 | STEPHEN J. DUGGAN, Bar No. 153817 |
| | LANAHAN & REILLEY LLP |
| 7 | 600 Bicentennial Way, Suite 300 |
| | Santa Rosa, CA 95403 |
| 8 | Telephone: 707.524.4200 |
| | Facsimile: 707.523.4610 |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | JAMES J. FITZGERALD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. FITZGERALD, | Case No. C 05 4382 CRB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ALLOW TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| AMERICAN HOME SHIELD CORPORATION, and DOES 1-10, inclusive, | Judge: Hon. Charles R. Breyer |
| | CMC: January 27, 2006 |
| Defendants. | Time: 8:30 a.m. |

Pursuant to Local Rule of Practice 16-10(a) and this Court's Standing Order #4, counsel for the parties hereby request that they be permitted to attend the Case Management Conference, scheduled for 8:30 a.m. on Friday, January 27, 2006, by telephone. Lead Counsel for Defendant American Home Shield, while licensed to practice before all federal and state courts in the State of California, is located in Las Vegas, Nevada, and appearance by telephone for this conference would save substantial time and resources for Defendant. Counsel for Plaintiff is located in Santa Rosa, CA, and appearance by telephone would also save time and resources for Plaintiff.

. . .

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

Case No. C 05 4328 CRB

1  Bruce C. Young of the law firm of Littler Mendelson will appear on behalf of Defendant
2  American Home Shield Corporation at the Case Management Conference. Mr. Young will be
3  available at the following telephone number: (702) 862-7703. That is Mr. Young's direct dial.
4  Stephen J. Duggan of the law firm of Lanahan & Reilley will appear on behalf of Plaintiff
5  James J. Fitzgerald at the Case Management Conference. Mr. Duggan will be available at the
6  following telephone number: (707) 524-4263. That is Mr. Duggan's direct dial.

7  Dated: January 20, 2006

              _____
              BRUCE C. YOUNG
              LITTLER MENDELSON
              Attorneys for Defendant
              AMERICAN HOME SHIELD CORPORATION

   Dated: January 20, 2006

              _____
              STEPHEN J. DUGGAN
              LANAHAN & REILLEY LLP
              Attorneys for Plaintiff

              JAMES J. FITZGERALD

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

   Dated: __January 23, 2006__         _____
                                       UNITED STATES [DISTRICT JUDGE] BREYER

                                       IT IS SO ORDERED
                                       Judge Charles R. Breyer

Firmwide:80754362.1 050490.1002

STIPULATION RE: TELEPHONIC
APPEARANCE AT CASE MANAGEMENT          2.                    Case No. C 05 4328 CRB
CONFERENCE