BRUCE C. YOUNG, Bar No. 161842
LITTLER MENDELSON
3960 Howard Hughes Pkwy, Suite 300
Las Vegas, NV  89109
Telephone: 702.862.8800
Facsimile:  702.862.8811

Attorneys for Defendant
AMERICAN HOME SHIELD CORPORATION

STEPHEN J. DUGGAN, Bar No. 153817
LANAHAN & REILLEY LLP
600 Bicentennial Way, Suite 300
Santa Rosa, CA 95403
Telephone: 707.524.4200
Facsimile:  707.523.4610

Attorneys for Plaintiff
JAMES J. FITZGERALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. FITZGERALD, | Case No. C 05 4382 CRB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| AMERICAN HOME SHIELD CORPORATION, and DOES 1-10, inclusive, | Judge:  Hon. Charles R. Breyer |
| Defendants. | |

Following successful court-sanctioned meditation, Plaintiff James J. Fitzgerald and Defendant American Home Shield Corporation, by and through their respective counsel of record, have entered into a Settlement Agreement and Release of All Claims and hereby stipulate and respectfully request, pursuant to Civil Local Rule of Court 7-12, an order dismissing with prejudice the entire action filed by Plaintiff Fitzgerald in this matter against Defendant American Home Shield Corporation and any affiliated subsidiaries and entities.

. . .

. . .

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415.433.1940

STIPULATION AND ORDER TO DISMISS
ENTIRE ACTION WITH PREJUDICE

Case No. C 05 4328 CRB

1   Each party shall bear their own costs and fees for the claims and causes of action dismissed
2   by this Stipulation and Order. This Stipulation and Order disposes of this matter in its entirety.

3   Dated: May 18, 2006

    _____
    BRUCE C. YOUNG
    LITTLER MENDELSON
    Attorneys for Defendant
    AMERICAN HOME SHIELD CORPORATION

8   Dated: May 19, 2006

    _____
    STEPHEN J. DUGGAN
    LANAHAN & REILLEY LLP
    Attorneys for Plaintiff
    JAMES J. FITZGERALD

13      PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  Dated: __May 24, 2006__
    _____
    UNITED STATES DISTRICT JUDGE CHARLES R. BREYER

    IT IS SO ORDERED
    Judge Charles R. Breyer

Firmwide:81117630 1 050490.1002

STIPULATION AND ORDER TO DISMISS       2.      Case No. C 05 4328 CRB
ENTIRE ACTION WITH PREJUDICE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940